In the Matter of the Claim of MICHAEL J. KELSEY, Appellant. GALSON LABORATORIES, INC., Respondent; Commissioner of Labor, Respondent. [5 NYS3d 738]—Appeal from a decision of the Unemployment Insurance Appeal Board, filed November 6, 2013, which ruled that claimant was disqualified from receiving unemployment insurance benefits because his employment was terminated due to misconduct.

Decision affirmed. No opinion.

Peters, P.J., McCarthy, Egan Jr. and Devine, JJ., concur. Ordered that the decision is affirmed, without costs.